ALBERT E. HENRY, Respondent, v. CHARLES H. WATTS, Appellant, and Others, Defendants.— Order granting on condition plaintiff's motion to open his default for failure to serve a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

HARRY HEYWARD, an Infant, by MARY SMITH, His Guardian ad Litem, Respondent, v. THE CITY OF NEW ROCHELLE, Appellant. WINIFRED HEYWARD, Respondent, v. THE CITY OF NEW ROCHELLE, Appellant.— The infant plaintiff was resting in his mother's lap in a car driven by his father. At a street intersection there was a collision between the car and a police car responding to an alarm, severely injuring the infant and slightly injuring his mother. They brought actions for damages and separate judgments were entered in their favor. Defendant appeals from each judgment. Judgments reversed on the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the determination of the jury is against the weight of the evidence. Hagarty, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Davis, J., dissent and vote to affirm.

WILLIAM HODSON, Commissioner of Public Welfare of the City of New York, on the Complaint of HELEN SHAFER, Respondent, v. LOUIS WASSERMAN, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, affirmed. No opinion. Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent.

GRACE HOFFMANN, an Infant, by ELIZABETH HOFFMANN, Her Guardian ad Litem, and Another, Respondents, v. CYPRESS HILLS SPORTING CLUB, INC., Appellant.— Order of Appellate Term affirming a judgment of the City Court of the City of New York, county of Queens, rendered in an action by the infant plaintiff to recover damages for injuries sustained while roller skating in defendant's rink at the invitation of the daughter of defendant's manager, and by her father to recover for expenses and loss of services, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CAROLINA HRAB, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Order of the City Court of Yonkers, granting plaintiff's motion for a bill of particulars of the defense set forth in paragraph " 7 " of the answer, modified by inserting after the word " exact " in item No. 1 the words " or approximate;" and by striking out item No. 4, and as so modified affirmed, without costs; the particulars to be served within five days from service of a copy of the order herein. No opinion. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.